UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CHASSIDI BETNEY, | ) |
| | ) |
| Plaintiff, | ) Case: 1:22:cv-06832 |
| | ) |
| v. | ) |
| | ) |
| CADENCE EDUCATION, LLC d/b/a | ) |
| CADENCE ACADEMY PRESCHOOL | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated between Plaintiff, Chassidi Betney, and Defendant, Cadence Education, LLC d/b/a Cadence Academy Preschool, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that this action is dismissed with prejudice and without right to refile or reinstate. Each party shall bear its or his own attorney's fees, costs and expenses.

Dated this 1st day of August, 2023.

AGREED TO BY:

| | |
|---|---|
| **CHASSIDI BETNEY** | **CADENCE EDUCATION, LLC d/b/a CADENCE ACADEMY PRESHCOOL** |
| /s/ *Chad Eisenback* | |
| Chad Eisenback, Esq. | /s/ *Abigail S. Wallach* |
| Alexander Taylor, Esq. | Abigail S. Wallach, Esq. |
| Sulaiman Law Group, Ltd. | Ogletree Deakins |
| 2500 S. Highland Avenue, Suite 200 | 155 North Wacker Drive, Ste. 4300 |
| Lombard, IL 60148 | Chicago, IL 60606 |
| Phone (630) 575-8181 | Phone: (312) 558-3148 |
| ceisenback@sulaimanlaw.com | abbey.wallach@ogletree.com |
| ataylor@sulaimanlaw.com | |
| *Counsel's for Plaintiff* | *Counsel for Defendant* |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 14th day of August, 2023, a true and correct copy of the foregoing to has been provided via CM/ECF, electronic mail and/or U.S. mail to all parties of record.

/s/ *Chad Eisenback*
Chad Eisenback, Esq.